UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                            Case No. 22-30012
                                            Originating No. 19CR00320

**TRANISHA MITCHELL,**

    Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TRANISHA MITCHELL,** to answer to charges pending in another federal district, and states:

1. On **January 6, 2022,** defendant was arrested yesterday in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Middle District of Tennessee based on an Order of the Court for Failure to Appear**. Defendant is charged in that district with violation of **Failure to Appear.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/ERIC STRAUS
ERIC STRAUS
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 7, 2022